SCWC-14-0000829

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

―――――――――――――――――――――――――――――――――――――――

CONTINENTAL PACIFIC, LLC by their Managing Agent, ELITE PACIFIC
PROPERTIES, LLC, Respondent/Plaintiff-Appellee,

vs.

ROBERT TROTTER, Petitioner/Defendant-Appellant.

―――――――――――――――――――――――――――――――――――――――

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000829; CIV. NO. 1RC13-1-7185)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on

October 19, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 21, 2014.

Anthony P. Locricchio,        /s/ Mark E. Recktenwald
for petitioner

                              /s/ Paula A. Nakayama
Lex R. Smith and
Jesse W. Schiel,              /s/ Sabrina S. McKenna
for respondent

                              /s/ Richard W. Pollack

                              /s/ Michael D. Wilson

